Clerk of Court
United States District Court
921 Ohio St., Rm. #104
Terre Haute, IN. 47807

FILED
04/25/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

4-21-2022

Dear Clerk,

My name is Carlos Kidd, and I'm a federal prisoner here at the USP in Terre Haute.

I have severe psychological & psychotic problems which get so extreme that I often have deep homicidal urges.

I am in deep fear of hurting or even killing someone else, especially any of my cell mates.

I have expressed these homicidal thoughts to prison staff here including a female assistant warden, 3 diffrent psychological staff, and 2 diffrent ranking officers, but these serious issues are being ignored, and I'm being forced to live in a locked cell with other prisoners even though I've made the prison officials aware that I am likely to have a psychotic episode, and kill one of my cell mates.

I am trying to get into a seperation cell status by myself in order to address these psychological problem I'm having, and at the same time protect myself, and others.

I'm trying to do the right thing by speaking out about these serious issues, but I'm being ignored by the prison officials, so I'm

reaching out to your office for help. Please submitt this letter to the court as I wish to hopefully get an injunction order from the court to compel the prison officials to seperate me from others until I'm stable.

I deeply appreciate all of your time and consideration taken to this very serious matter.

Respectfully

Carlos Kidd #34211-177
USP- Terre Haute
P.O. Box 33
Terre Haute, IN. 47808

Thank you!