UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| CARLOS KIDD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 2:22-cv-00165-JRS-MJD |
| WARDEN, | ) ) ) |
| Defendant. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The action is **DISMISSED WITHOUT PREJUDICE**.

Date: 8/9/2022

*[signature]*
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: *Samantha Burmester*
Deputy Clerk, U.S. District Court

Distribution:

CARLOS KIDD
34211-177
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808